[No. 56556-7-I.   Division One.   June 12, 2006.]

DANA KLOTZ, *as the Administrator-Personal Representative*, *Appellant*, v. RAMINA DEHKHODA, *as the Administrator-Personal Representative*, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-08531-4, Paris K. Kallas, J., entered July 8, 2005. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Baker and Agid, JJ. Now published at 134 Wn. App. 261.

[No. 56710-1-I.   Division One.   June 12, 2006.]

THE CITY OF BURIEN, *Respondent*, v. STROBEL FAMILY INVESTMENTS, *Appellant*, MEAL MAKERS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-10304-3, Michael Heavey, J., entered August 5, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Dwyer, JJ.

[No. 56785-3-I.   Division One.   June 12, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY BIZZELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-12080-9, Brian D. Gain, J., entered August 2, 2005. *Affirmed* by unpublished opinion per Becker, J., concurred in by Baker and Dwyer, JJ.

[No. 56870-1-I.   Division One.   June 12, 2006.]

DONNA ALLEMAN, *Appellant*, v. LARRY ALAN LEHMBECKER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-22002-5, Julie Spector, J., entered August 8, 2005. *Affirmed* by unpublished per curiam opinion.